# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SENARIO, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| **NOVELTY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## COMPLAINT

Plaintiff, Senario, LLC, by its undersigned counsel, for its Complaint against Defendant Novelty, Inc., states as follows:

## JURISDICTION AND PARTIES

1.  This is a claim for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq.*

2.  Jurisdiction is proper pursuant to 28 U.S.C. §§ 1331 and 1338.

3.  Plaintiff Senario, LLC ("Senario") is an Illinois Limited Liability Corporation with its principal place of business in Illinois.

4.  Upon information and belief, Defendant Novelty, Inc. ("Novelty"), is an Indiana corporation with its principal place of business in Indiana.

## VENUE

5.  Venue is proper pursuant to 28 U.S.C. § 1400(b) because Novelty has committed and continues to commit infringing acts in this district. Specifically, Novelty sells and offers for sale infringing products in this district.

## FACTUAL BACKGROUND

6. Senario is in the business of, *inter alia*, manufacturing and selling plush toys with certain novelty features.

7. On October 26, 2004, U.S. Patent No. 6,808,437 B2 (the "'437 patent") was duly and legally issued to George Podd ("Podd") and Tim Copeland ("Copeland") for the invention entitled "Extendible link soft or plush toy."  The '437 patent is attached to this Complaint as Exhibit A.

8. The '437 patent was assigned by Podd and Copeland to Senario.  Senario remains the sole owner of all right, title and interest in and to the '437 patent.

9. Upon information and belief, Novelty has infringed and continues to infringe the '437 patent by manufacturing, using, selling, and/or offering for sale a projectile plush monkey, the features of which fall directly within the '437 patent claims.

10. Novelty has had actual notice of its infringement of the '437 patent, including actual pre-Complaint notice.  Novelty's infringement has been willful and deliberate as to the '437 patent and has occurred with knowledge of this patent in violation of 35 U.S.C. § 284.

11. Novelty's infringement has injured and will continue to injure Senario, and Senario is entitled to recover damages adequate to compensate it for such injury.

12. Novelty's infringement will continue to injure Senario until and unless this Court enters an injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, sale, or offer for sale of products that are within the scope of the '437 patent.

-3-

WHEREFORE, Senario respectfully requests that this Court find that Novelty has infringed and continues to infringe one or more claims of the '437 patent, in violation of 35 U.S.C. § 271(a), and that the Court award the following relief to Senario:

A.   A preliminary and permanent injunction prohibiting Novelty from continuing to infringe the '437 patent;

B.   An award of damages sufficient to compensate Senario for the injury caused by Novelty's infringement of the '437 patent;

C.   An award of treble damages under 35 U.S.C. § 284 based on Novelty's willful infringement of the '437 patent;

D.   An assessment of costs, including reasonable attorneys' fees, pursuant to 35 U.S.C. § 285, and prejudgment interest against Novelty; and

E.   Such other and further relief as this Court deems appropriate.

Respectfully submitted this 25th day of February, 2010

                              SENARIO, INC.

                              By  /s/ Oscar L. Alcantara
                                  One of Its Attorneys

Oscar L. Alcantara
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000